UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Vincent G Williams  
    Dana Y Williams  
        Debtor(s)

Case No. 13 B 30065

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/29/2013.

2) The plan was confirmed on 10/22/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 11/17/2014.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $22,719.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $22,719.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $957.22 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,457.22

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADT Security | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 3,034.00 | 2,246.82 | 2,246.82 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 7,925.00 | 8,956.50 | 7,925.00 | 1,919.27 | 283.96 |
| Americredit Financial Ser Inc | Unsecured | NA | 5,824.93 | 5,824.93 | 0.00 | 0.00 |
| Antio LLC | Unsecured | 524.00 | 524.94 | 524.94 | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| Bank of America NA | Secured | 148,790.00 | NA | NA | 0.00 | 0.00 |
| Bank of America NA | Secured | 70,000.00 | 0.00 | 70,000.00 | 16,058.55 | 0.00 |
| Capital Management Services | Unsecured | 660.00 | NA | NA | 0.00 | 0.00 |
| Cavalry Portfolio Services | Unsecured | 1,319.00 | 1,360.43 | 1,360.43 | 0.00 | 0.00 |
| Cerastes | Unsecured | NA | 507.50 | 507.50 | 0.00 | 0.00 |
| Check 'N Go | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Citibank Usa | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 600.00 | 50.00 | 50.00 | 0.00 | 0.00 |
| City of Hickory Hills | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CRI Resorts Management Inc. | Secured | 7,573.76 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 9,425.95 | 9,425.95 | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| Great Lakes Specialty Finance | Unsecured | 1,421.00 | NA | NA | 0.00 | 0.00 |
| Huntington Learning Center | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 10,806.95 | 3,222.76 | 3,222.76 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 8,302.54 | 8,302.54 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 24,173.61 | 24,173.61 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 23,518.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 528.33 | 528.33 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| Kids Plus Pediatric Dentistry | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Monarch Recovery Management, Inc. | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Services | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| National Credit Adjust | Unsecured | 678.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 5,431.00 | NA | NA | 0.00 | 0.00 |
| National Student Loan | Unsecured | 3,072.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin /99 | Unsecured | 209.00 | NA | NA | 0.00 | 0.00 |
| Nco Fin /99 | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,045.00 | 1,430.92 | 1,430.92 | 0.00 | 0.00 |
| Receivables Management | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 8,354.00 | 20,479.82 | 20,479.82 | 0.00 | 0.00 |
| The Tax Defenders | Unsecured | 3,530.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 13,690.00 | 14,860.41 | 14,860.41 | 0.00 | 0.00 |
| United Student Aid Funds Inc | Unsecured | 18,880.00 | 8,773.81 | 8,773.81 | 0.00 | 0.00 |
| YMCA of Metropolitan Chicago | Unsecured | 2,174.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $70,000.00 | $16,058.55 | $0.00 |
| Debt Secured by Vehicle | $7,925.00 | $1,919.27 | $283.96 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$77,925.00** | **$17,977.82** | **$283.96** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,222.76 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,222.76** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$98,490.01** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,457.22 |
| Disbursements to Creditors | $18,261.78 |
| **TOTAL DISBURSEMENTS :** | **$22,719.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/06/2015                    By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**